# United States District Court
## *Southern District of Georgia*
### Savannah Division

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | CASE NUMBER  CR422-84 |
| vs | ) | |
| Bernard Okojie | ) | |
| | ) | |

### O R D E R

The petit jury selected for trial of the captioned case, being sequestered during the trial and consideration of said case by direction of this Court, is to be fed its regular meal at a place appropriate for the feeding of said jury. The Clerk for the Southern District of Georgia is hereby directed, pursuant to the provisions of Title 28, U.S.C. § 1871, to disburse to said eating establishment the sum so billed for these meals.

**SO ORDERED**, this ___30th___ day of _____March_____, 2023.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA